UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| GREAT PLAINS VENTURES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14 CV 1136 |
| ) | |
| LIBERTY MUTUAL FIRE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF REMOVAL

Liberty Mutual Fire Insurance Company ("Liberty"), by and through its attorney, Jerry D. Hawkins of HITE, FANNING & HONEYMAN L.L.P., pursuant to 28 U.S.C. § 1441(a) and in accordance with 28 U.S.C. § 1446, submits its Notice of Removal to remove this action from the 18th Judicial District of Kansas, Sedgwick County, and in support thereof, states as follows:

1. On April 7, 2014, Plaintiff Great Plains Ventures, Inc. ("Great Plains") initiated a lawsuit in the 18th Judicial District of Kansas, Sedgwick County, against Liberty for the alleged breach of an insurance contract, case number 14-CV-1039.

2. The Complaint was served through the Kansas Insurance Department on April 10, 2014, and Liberty received the Complaint from the Kansas Insurance Department on April 17, 2014. A copy of all pleadings filed in the State Court is attached as Exhibit "A."

3. As set forth in the Complaint and alleged by Plaintiff, the amount in controversy exceeds the $75,000.00 jurisdictional minimum.

4. This Notice of Removal is being filed within thirty (30) days after Liberty first ascertained the case is one which is removable on the basis of jurisdiction conferred by 28 U.S.C. § 1332.

5. The claim is a civil action to which this Court has original jurisdiction under 28 U.S.C. § 1332, and Liberty is entitled to remove the action to this Court pursuant to 28 U.S.C. § 1441(a) in that:

    a. Plaintiff Great Plains is a Kansas corporation headquartered in Kansas;

    b. Defendant Liberty is a Wisconsin corporation headquartered in Boston, Massachusetts;

    c. Upon information and belief there is diversity of citizenship between the parties; and

    d. The matter in controversy exceeds $75,000.00, exclusive of interest and cost.

WHEREFORE, Liberty Mutual Fire Insurance Company respectfully requests the lawsuit currently pending in the 18th Judicial District of Kansas, Sedgwick County, be removed to the United States District Court for the District of Kansas.

Respectfully submitted,

By: /s/ Jerry D. Hawkins
Jerry D. Hawkins, #18222
HITE, FANNING & HONEYMAN L.L.P.
100 North Broadway Street, Suite 950
Wichita, Kansas 67202
316.265.7741
316.267.7803 (fax)
hawkins@hitefanning.com
*Attorney for Defendant Liberty Mutual Fire Insurance Company*